LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNIE MATTHEWS,** | Case No. 2:14-cv-02761-JAM-AC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved

Respectfully submitted this 20th day of August, 2015.

By: s/Todd M. Friedman
 TODD M. FRIEDMAN
 Law Offices of Todd M. Friedman, P.C.
 Attorney for Plaintiff

Filed electronically on this 20th day of August, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Mendez
United States District Court
Eastern District of California

Thomas F. Landers
Solomon Ward Seidenwurm & Smith, LLP

Peter J. Caltagirone
Solomon Ward Seidenwurm & Smith, LLP

This 20th day of August, 2015.

s/Todd M. Friedman
Todd M. Friedman