# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JEANNIE MATTHEWS,**  ) Case No. 2:14-cv-02761-JAM-AC

Plaintiff, ) **ORDER**

vs.

**MIDLAND CREDIT MANAGEMENT, INC.,**

Defendant.

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 13th day of October, 2015.

/s/ John A. Mendez_____
The Honorable John A. Mendez